THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE F. P.
BHUMGARA COMPANY, Respondent, *v.* JAMES L. WELLS et
al., Constituting the Board of Taxes and Assessments of the
City of New York, Appellants.

*People ex rel. Bhumgara Co.* v. *Wells*, 93 App. Div. 212, affirmed.
(Argued June 2, 1904; decided June 17, 1904.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered April
21, 1904, which affirmed an order of Special Term reducing
an assessment upon the personal property of the relator for
the year 1902.

*John J. Delany*, Corporation Counsel (*George S. Coleman*
and *E. Crosby Kindleberger* of counsel), for appellants.

34

*Henry W. Rudd* and *M' Cready Sykes* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.